## IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

ROBIN COVINGTON

PLAINTIFF

v.                                          CASE NUMBER: C-02-CV-22-000089

AMERICAN AIRLINES INC
DEFENDANT

*******************************************************************************

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Robin Covington, by and through their attorney, Mohamed M. Bamba, Esq., and Law Office of Mohamed Bamba, file this Complaint against Defendant, American Airlines, pursuant to Md. Rule 2-303 and for good cause state:

## PARTIES

1. Plaintiff, Robin Covington (hereinafter " Mrs. Covington")., is now and at all times relevant to this suit, a resident of Baltimore County, Maryland.

2. Defendant, American Airlines Inc, is and now at all times relevant to this suit, a resident of Delaware.

3. This Court has jurisdiction over this tort action in that the amount in controversy exceeds $30,000.00.

4. This Court has personal jurisdiction over the Defendant, American Airlines Inc, in that the Defendant transacts business in the state of Maryland. *See* MD.CTS. & JUD.PROC. CODE ANN. sect. 6-103 (b)(1).

5. Venue properly lies in Anne Arundel County, Maryland in that Defendant, American Airlines Inc, carries on a regular business in Anne Arundel County. *See* MD. CTS. & JUD.PROC. CODE ANN. sect. 6-201(a).

EXHIBIT 1

STATEMENT OF FACTS

6. On January 3, 2020, Mrs. Covington purchased American Airlines plane tickets to Miami, Florida, for an exciting trip to celebrate her granddaughter's completion of her first semester of law school.

7. On January 15, 2020, Mrs. Covington and her husband departed from Baltimore/ Washington International Thurgood Marshall Airport (BWI) to Miami Florida.

8. Mrs. Covington had a delightful trip with her family for the weekend.

9. On January 18, 2020, Mrs. Covington and her husband departed from Miami, Florida on American Airlines Flight 1577 to Charlotte, North Carolina, in their return home to Maryland.

10. When Mrs. Covington and her husband arrived to Charlotte, North Carolina, they change planes, and continued their journey on American Airlines Flight 2799 to BWI airport.

11. Prior to boarding the Flight 2799 from Charlotte, NC to Baltimore, MD , Mrs. Covington spoke to a gate agent and inquired whether she could change her seat to sit with her husband.

12. The gate agent spoke to Mrs. Covington in a loud, condescending manner stating she only had an economy ticket, and questioned Mrs. Covington as to why she believed she could switch her seats, with such a low quality ticket.

13. After the agent rejected Mrs. Covington's request, the agent continued to speak in a loud tone, allowing those in the general area to hear the conversation. The gate agent's embarrassed and humiliated Mrs. Covington.

14. Mrs. Covington remained positive despite the gate agent's improper treatment. However, things got worse.

15. Once it was time to board the plane, another gate agent yelled at Mrs. Covington, stating that her carry on was too large and it must be checked-in. Mrs. Covington used this bag as a carry-on for numerous flights. The same gate agent demanded that Mrs. Covington go to have the bag measured.

16. Mrs. Covington explained to the gate agent that she had to take the bag on the flight with her as it contained her medical equipment that she could not let out her sight and could die without her medication. The agent expressed no empathy to the information Mrs. Covington relayed and he continued to loudly and rudely insist that she have her bag checked.

17. However, another agent came and stated that Mrs. Covington could proceed. Mrs. Covington proceeded in the line down the ramp toward the plane. It was at this moment that this the gate agent began yelling at Mrs. Covington stating, "Lady in the blue top, come back to the desk!"

18. Mrs. Covington was told by multiple agents that she could proceed, but this particular agent insisted she come back.

19. Eventually, Mrs. Covington boarded the plane and negotiated a seat change with the flight attendant. As soon as the flight attendant departed to the rear of the plane to make the seat change, the gate agent charged aggressively at Mrs. Covington putting Mrs. Covington in fear of physical harm.

20. The gate agent irately demanded that Mrs. Covington tell him what she was talking to the flight attendant about.

21. Mrs. Covington timidly told the agent to leave her alone as the conversation had nothing to do with him .

22. Mrs. Covington was extremely frightened by the gate agent's aggressive behavior and continued trembling.

23. The gate agent continued yelling and violating Mrs. Covington's personal space, while demanding that she tell him what she was talking about with the flight attendant.

24. As the gate agent continued his tirade, he yelled at Mrs. Covington for trembling and said she needed to be removed from the plane because she was in no condition to fly.

25. The gate agent's belligerent yelling, caused Mrs. Covington chest pains.

26. At that moment the head flight attendant came to the scene and asked the gate agent an explanation about Mrs. Covington's very visible distressed state. The gate agent continued his tirade about removing Mrs. Covington from the plane, saying she was sick and should not be allowed to fly. The head flight attendant, stood between Mrs. Covington and the gate agent, and asked the gate agent to remove himself from the plane, and the agent refused.

27. The head flight attendant continued instructing the gate agent to get off of the plane, until the gate agent charged past the head flight attendant and Mrs. Covington into the cockpit.

28. The gate agent told the pilot in a very loud tone that Mrs. Covington was too sick to fly.

29. Mrs. Covington told the head flight attendant that she feared for her life because she never personally experienced such rage and intimidation targeted directly at her by an individual.

30. Subsequently, Mrs. Covington was led to her seat where she took her medication because she could not tell if she was having a stroke.

31. Mrs. Covington, describes this traumatizing experience as not only condescending, humiliating and embarrassing, but extremely disrespectful, degrading, unwarranted and dehumanizing.

32. Due to this incident, the flight was delayed approximately thirty minutes. A supervisor from American Airlines went to Mrs. Covington's seat and apologized to her for gate agent's conduct.

33. The supervisor took a statement from Mrs. Covington and assured her that the employee would be reprimanded for his conduct. .

34. The two flight attendants who were involved in this scenario were Alloric Riley and Christopher Edmundson.

35. During the entire flight, Mrs. Covington was emotionally unstable due to the events that had transpired.

36. Once Mrs. Covington arrived to Maryland, she could not find her bags she checked in at BWI. baggage claim. The person at the information desk informed her that her bags never left the Charlotte Airport.

37. Based on what had transpired, it was clear to Mrs. Covington that gate agent had done this intentionally. Mrs. Covington's luggage did not arrive until the next day.

38. Mrs. Covington was greatly impacted by this experience. As a result of what transpired Mrs. Covington has difficulty sleeping at night, because she often wakes up with chest pains. Mrs. Covington has developed heart irregularities.

39. Mrs. Covington suffers from post-traumatic stress disorder (PTSD) and is being treated by a PTSD specialist, as a result of Defendant's negligent and unlawful conduct.

40. As a result of the Defendant's conduct, Mrs. Covington experienced daily crying spells, anxiety and depression, where she withdraw's from interacting with others.

41. Prior to this experience, Mrs. Covington was a very social person, who loved interacting with people.

## COUNT ONE (NEGLIGENCE)

42. Paragraphs 1-41 are incorporated herein as if fully set forth in full.

43. The Defendant owed the Plaintiff the duty to manage and operate Flight 2799 in a safe and responsible manner, but negligently breached that duty by failing to:

    a. Ensure safety of passengers on the aircraft.

45. At all times, Mrs. Covington, conducted herself in a reasonable and lawful manner.

46. As the direct and proximate result of the Defendant's negligence, the Plaintiff suffered emotional distress and bodily injury.

47. Plaintiff's injuries and pain, damages and losses, past, present and prospective, were caused solely by the negligence of the Defendant.

**WHEREFORE,** the Plaintiff, Robin Covington, hereby seeks the sum of over Seventy-Five Thousand Dollars **($75,000)** in damages.

## COUNT TWO (INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

48. Paragraphs 1-47 are incorporated herein as if fully set forth in full.

49. The Defendant's conduct toward the Plaintiff on Flight 2799 was intentional and reckless.

50. The Defendant's conduct toward the Plaintiff on Flight 2799 was extreme and outrageous.

51. As the direct and proximate result of the Defendant's conduct, the Plaintiff, Robin, suffered emotional distress.

52. The Plaintiff's emotional distress is severe and as a result of the Defendant's conduct.

**WHEREFORE**, the Plaintiff, Robin Covington, hereby seeks the sum of over Seventy Five Thousand Dollars ($75,000.00) in damages.

## COUNT THREE  (BREACH OF CONTRACT)

53. Paragraphs 1-52 are incorporated herein as if fully set forth in full.

54. The Plaintiff and Defendant entered into a valid and enforcement contract.

55. Plaintiff has performed all of her obligations under the contract.

56. Defendant have failed to fulfill their contractual obligations fail, breach their duty of good-faith and fair-dealings and failing to ensure the safety of the Plaintiff while on the aircraft.

WHEREFORE, Plaintiff, Robin Covington, seeks judgment in the amount of over Seventy Five Thousand Dollars ($75,000.00) in damages, and the costs of bringing this action, including attorneys' fees, as well as such other and further relief as this Honorable Court deems just and proper.

## COUNT FOUR (VICARIOUS LIABILITY/AGENCY)

57. Paragraphs 1-56 are incorporated herein as if fully set forth in full.
58. The above-described acts of the gate agent were committed while he was acting as an agent, servant, and or employee of Defendant American Airlines Inc.
59. The above-described acts of the gate agent were committed within the scope of his agency/employment and while furthering the business interests of Defendant, American Airlines Inc.
60. As the principal for the gate agent, Defendant American Airlines Inc, is responsible for all of the acts committed by the gate agent within the scope of his agency.

WHEREFORE, Plaintiff, Robin Covington, seeks judgment for the sum of over **Seventy Five Thousand Dollars ($75,000.00).**

/s/Mohamed Miankanze Bamba/s/
Mohamed M. Bamba, Esq.
CPF: 1712130030
Law Office of Mohamed Bamba
10015 Old Columbia Road
Suite B-215
Columbia, MD 21046
Office: 443-656-8310
Fax: 443-656-8309
Email: Mohamed@bambalaw.com

**<u>JURY DEMAND</u>**

Pursuant to Md. Rule 2-325, The Plaintiff, Robin Covington, by and through her attorney, Mohamed M. Bamba, and Law Office of Mohamed Bamba request a trial by jury.

<u>/s/Mohamed Miankanze Bamba/s/</u>
Mohamed M. Bamba, Esq.
CPF: 1712130030
Law Office of Mohamed Bamba
10015 Old Columbia Road
Suite B-215
Columbia, MD 21046
Office: 443-656-8310
Fax: 443-656-8309
Email: Mohamed@bambalaw.com